Opinion issued November 29, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00688-CV






RICHARD HEILEMAN AND LINDA HEILEMAN , Appellants


V.


ALLSTATE TEXAS LLOYDS INSURANCE COMPANY AND LLOYD
BILLUPS, Appellees






On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 2003-05274






MEMORANDUM OPINION Appellants Richard Heileman and Linda Heileman have failed to timely file a
brief. See Tex. R. App. P. 38.8(a) (failure of appellant to file brief). After being
notified that this appeal was subject to dismissal, appellants did not adequately
respond. See Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Bland.